IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JARROD KETCHER                                                                                          PLAINTIFF

V.                              CASE NO. 5:24-CV-5090

DEPUTY WHITE and DEPUTY VENASULA                                            DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation (Doc. 33) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and neither party has filed objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation **IN ITS ENTIRETY**. **IT IS ORDERED** that Plaintiff's claims are dismissed for failure to prosecute this action and for failure to comply with the Court's Orders. Specifically, Plaintiff's claims of excessive force which allegedly occurred in the hallway of the Benton County Detention Center and are the subject of Defendants' Partial Motion for Summary Judgment are **DISMISSED WITH PREJUDICE** due to: (1) the Defendants' expenditure of resources in discovery and filing of the Partial Motion for Summary Judgment, and (2) Plaintiff's repeated failure to comply with the Court's Orders. Plaintiff's claims of excessive force which occurred inside his cell and are not addressed in Defendants' Partial Motion for Summary Judgment are **DISMISSED WITHOUT PREJUDICE**, as the Court cannot determine that Plaintiff willfully failed to prosecute this claim.

**IT IS SO ORDERED** on this 22nd day of April, 2025.

> */s/ Timothy L. Brooks*
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE